## RALPH *v.* WARDEN, MARYLAND PENITENTIARY

[App. No. 1, September Term, 1968.]

*Decided September 19, 1968.*

Before HAMMOND, C. J., and MARBURY, McWILLIAMS, SINGLEY and SMITH, JJ.

PER CURIAM:

Application for leave to appeal from a denial of post conviction relief is denied for the reasons set out in the opinion of Judge Joseph M. Mathias in the court below.

*Application denied.*